UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EVELYN AND MARION COLLIER, JR., ET AL.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 05-0019** |
| **GARLAND BATISTE, ET AL.** | * | **SECTION "L"(3)** |

## ORDER

On January 5, 2006, this Court continued without date the Motion for Partial Judgment on the Pleadings filed by Defendant GMFS, LLC (Rec. Doc. No. 101). The motion was continued because it concerned claims under the Plaintiffs' first Complaint, which has subsequently been amended by the Second Amended Complaint. Defendant GMFS, LLC has recently filed a Motion for Judgment on the Pleadings Pursuant to Rule 12(c) (Rec. Doc. No. 125), which addresses claims made in the Second Amended Complaint. In light of these developments, IT IS ORDERED that Defendant GMFS, LLC's Motion for Partial Judgment on the Pleadings (Rec. Doc. No. 101) is hereby DENIED AS MOOT.

New Orleans, Louisiana, this  3rd  day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE