UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -9 PM 4:26

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| EVELYN AND MARION COLLIER, JR., GERALDINE COURTNEY, IRMA ELLIS, CHRISTINE AND LOUISE SMOOT | |
| Plaintiffs | CIVIL ACTION NO. 05-0019 |
| VERSUS | SECTION: "L" |
| | MAGISTRATE DIVISION: 3 |
| GARLAND BATISTE (aka GARLON BATISTE), INDY MAC, AURORA FINANCIAL SERVICES, INC., COUNTRYWIDE, GMFS LLC, AM SOUTH BANK, GMAC MORTGAGE CORP. d.b.a. ditech.com, TRUE TITLE, INC., B.J. CHAUVIN, and NOTARY ON WHEELS, INC. | |
| Defendants | |

## NOTICE OF DEPOSITION

Defendants will take note that Plaintiff Geraldine Courtney will conduct the deposition of Aurora Financial Services, Inc.'s ("Aurora") Richard Hollins, seeking testimony in his official capacity on behalf of Aurora, by stenographic means, as on cross-examination, at 400 Poydras Street, Suite 1440, New Orleans, LA 70130, on Thursday, June 22, 2006, commencing at 10:00 a.m.

Respectfully submitted,
NEW ORLEANS LEGAL ASSISTANCE
An Office of Southeast Louisiana Legal Services Corp.
BY:

_____
David L. Koen (T.A.), LSBA # 27536

1

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

John K. Parchman, LSBA # 25204
1010 Common Street, Suite 1400A
New Orleans, LA 70112
Phone: (504) 529-1000, ext. 231
Fax: (504) 529-1009
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

A copy of the foregoing document was served on the respective attorneys for defendants by hand delivery or express courier, this 9th day of June, 2006.