UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -9 PM 4: 26

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| EVELYN AND MARION COLLIER, JR., GERALDINE COURTNEY, IRMA ELLIS, CHRISTINE AND LOUISE SMOOT : : : : | |
| Plaintiffs : | CIVIL ACTION NO. 05-0019 |
| VERSUS : : | SECTION: "L" |
| : | MAGISTRATE DIVISION: 3 |
| GARLAND BATISTE (aka GARLON BATISTE), INDY MAC, AURORA FINANCIAL SERVICES, INC., COUNTRYWIDE, GMFS LLC, AM SOUTH BANK, GMAC MORTGAGE CORP. d.b.a. ditech.com, TRUE TITLE, INC., B.J. CHAUVIN, and NOTARY ON WHEELS, INC. : : : : : : : : | |
| Defendants : | |

## NOTICE OF DEPOSITION

Defendants will take note that Plaintiff Geraldine Courtney will conduct the Rule 30(b)(6) deposition of GMFS, LLC ("GMFS"), by stenographic means, as on cross-examination, at Chase Tower South, 8th Floor, 451 Florida Street, Baton Rouge, LA 70801, on Friday, June 23, 2006, commencing at 10:00 a.m. GMFS has the duty to designate one or more representatives to testify as to the following areas of inquiry:

(1) any analysis performed by GMFS (a) in connection with its decision to offer, table-fund, purchase, or otherwise obtain the home mortgage loan at issue in this case and (b) concerning the application of the Truth in Lending Act and Home Ownership and Equity Protection Act to this loan; (2) GMFS's policies and practices concerning the funding, purchase,

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep____
___ Doc. No____

or acquisition of residential mortgage loans and, in particular, those subject to TILA and HOEPA; (3) GMFS's communications with Aurora in connection with the funding, purchase or acquisition of the loan at issue from Aurora; (4) GMFS's communications, if any, with or concerning Garland Batiste in connection with the loan transaction; (5) GMFS's communications with Countrywide Home Loans, Inc., in connection with the assignment or sale of the loan at issue to Countrywide; (6) GMFS's relationship with and understanding of the role of Mortgage Electronic Registration Systems, Inc., with respect to the loan at issue; (7) all documentation, including account statements, in connection with the loan; and (8) any and all other acts undertaken in connection with the above-mentioned loan, including, but limited to, the preparation of any and all documents, and the payments of any and all amounts in connection with the above-mentioned loan.

Respectfully submitted,
NEW ORLEANS LEGAL ASSISTANCE
An Office of Southeast Louisiana Legal Services Corp.
BY:

_____
David L. Koen (T.A.), LSBA # 27536
John K. Parchman, LSBA # 25204
1010 Common Street, Suite 1400A
New Orleans, LA 70112
Phone: (504) 529-1000, ext. 231
Fax: (504) 529-1009
Attorney for Plaintiff

CERTIFICATE OF SERVICE

A copy of the foregoing document was served on the respective attorneys for defendants by hand delivery or express courier, this 9th day of June, 2006.

_____